## TILLER v. THE STATE.

SIMMONS, C. J. 1. A party to a case has the right to introduce all competent, relevant, and material evidence, either to prove the main issue involved, or to discredit the evidence of a witness for the opposite party.

2. Where A, B, C, and D were indicted for gaming, and A was put upon trial, and the State's witness testified that he had seen A, B, C, and D all at a certain place engaged in gambling, it was competent for the accused to introduce evidence to show that B was not at the place desig-

nated, but at another place, at the time specified by the State's witness. This evidence was material to the issue, and was admissible for the purpose of discrediting the State's witness.

*Judgment reversed. All the Justices concurring, except Fish, J., absent.*

Argued May 21, — Decided June 5, 1900.

Indictment for gaming.    Before Judge Reese.    Hart superior court. March term, 1900.

*O. Roberts* and *J. N. Worley*, for plaintiff in error.

*R. H. Lewis*, solicitor-general, by *Harrison & Bryan*, contra.